In the Matter of the Claim of DOROTHY C. MASON, Appellant, v. JEFFERSON COUNTY BUILDING DEPARTMENT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAY JUNIOR HALE, Appellant, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by REYNOLDS, J.